IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BIGFOOT 4X4, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 22-cv-6721 <br><br> Judge Martha M. Pacold <br><br> Magistrate Judge Maria Valdez |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff BIGFOOT 4X4, INC. ("Plaintiff") against the defendants identified on Schedule A, and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "BIGFOOT Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Plaintiff Trademarks. *See* Docket Nos. 12-21, which include screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the BIGFOOT Trademarks.

A list of the BIGFOOT Trademarks is included in the below chart.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 1,228,960 | BIGFOOT | 28 |
| 1,387,617 | BIG FOOT | 28 |
| 1,433,779 | BIGFOOT | 16 |
| 1,973,606 | BIGFOOT | 25 |
| 3,125,288 | BIGFOOT | 9 |
| 3,641,155 | BIGFOOT 4x4 | 12 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the BIGFOOT Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BIGFOOT product or not authorized by Plaintiff to be sold in connection with the BIGFOOT Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BIGFOOT product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the BIGFOOT Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

3

    d.   manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the BIGFOOT Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2.   The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order, shall, at Plaintiff's choosing:

    a.   transfer the Defendant Domain Names to Plaintiff's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of Plaintiff's selection, and the domain name registrars shall take any steps necessary to transfer the Defendant Domain Names to a registrar of Plaintiff's selection; or

    b.   disable the Defendant Domain Names and make them inactive and untransferable.

3.   Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as AliExpress and Alibaba Group Holding Ltd. ("Alibaba") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

4

      a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the BIGFOOT Trademarks; and

      b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the BIGFOOT Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine BIGFOOT product or not authorized by Plaintiff to be sold in connection with the BIGFOOT Trademarks.

4. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BIGFOOT Trademarks.

5. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One Hundred Fifty Thousand ($150,000) for willful use of counterfeit BIGFOOT Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including Alipay, Alibaba and Ant Financial Services Group ("Ant Financial"), shall, within seven (7)

calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 6 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraph 6 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Alipay, Alibaba and Ant Financial, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including Alipay, Alibaba and Ant Financial, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Ann C. Trent and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The Ten Thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to its counsel, Hughes Socol Piers Resnick & Dym, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Michael A.

Hierl of Hughes Socol Piers Resnick & Dym, Ltd. at Three First National Plaza, 70 W. Madison Street, Suite 4000, Chicago, IL 60602.

This is a Default Judgment.

Dated: April 13, 2023

/s/ Martha M. Pacold
Martha M. Pacold

7

Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | 9imod Store |
| 2 | daniu Store |
| 3 | HEIMA2022 Store |
| 4 | RC HobbyFly Store |
| 5 | Ezhou Ebei-Eya Baby Products Co., Ltd. |
| 6 | Fujian Shangminghui E-Commerce Co., Ltd. |
| 7 | Guangzhou Ao Tian Electronic Technology Co., Ltd. |
| 8 | Guangzhou Qiaoyi Trading Co., Ltd. |
| 9 | Hang Wing Plastic Industry Co., Ltd. |
| 10 | Hebei New Speed Toys Co., Ltd. |
| 11 | Jiaxing Welldone Industrial Co., Ltd. |
| 12 | Liuzhi Special Zone Feitao Network Technology Co., Ltd. |
| 13 | Shantou Chenghai Happy Sun Toys Co., Ltd. |
| 14 | Shantou Chenghai Pengcheng Toy Ind. Co., Ltd. |
| 15 | Shenzhen Chinlighting Technology Co., Ltd. |
| 16 | Shenzhen Shanhai Iot Technology Co., Ltd. |
| 17 | Yiwu Kudian E-Commerce Firm |
| 18 | AK112 Store |
| 19 | Baby Mummy Go Store |
| 20 | BabyToys Store |
| 21 | BX Aiberter Baby Store |
| 22 | CAR MUSEUM Store |
| 23 | dropshipping Mini Drone Store |
| 24 | DuoQu Toy Store |
| 25 | dys DYS Official Store |
| 26 | EDMidea Store |
| 27 | FairyToy Store |
| 28 | HUAILI Store |
| 29 | JeanDan Store-ufza Store |
| 30 | Juzi Store |
| 31 | Moonhobby RC's store |
| 32 | PRO RC Hobby Store |
| 33 | qisehua Store |
| 34 | RC Dropshipping Toy Store |
| 35 | rc space Store |
| 37 | Shop1100221625 Store |
| 38 | Shop911391149 Store |
| 39 | SURPASS HOBBY Global Store |
| 40 | VRX Racing Store |
| 41 | ymx Store |
| 42 | ZenFuRui-2 Store |
| 43 | Zoyi Kids Children Toys Store |

8

| | |
|---|---|
| 44 | Aishu Commerce (shenzhen) Co., Ltd. |
| 45 | BBJ Toys Co., Ltd. (Shenzhen) |
| 46 | Beijing Ams Technology Co., Ltd. |
| 48 | Camoro Tech (Shenzhen) Co., Ltd. |
| 49 | Chibi Kosta Electronic Technology Co., Ltd. |
| 50 | Dezhou Demax Building Decoration Material Co., Ltd. |
| 51 | Dongguan Jinshida Trading Co., Ltd. |
| 52 | Dongguan Saiya Intelligent Robot Co., Ltd. |
| 53 | Foshan Meiruisi Technology Co., Ltd. |
| 54 | Guangdong Aojiada Innovation Technology Co., Ltd. |
| 55 | Guangdong Fengzhiwu Trading Co., Ltd. |
| 56 | Guangdong Hengguan Technology Industrial Co., Ltd. |
| 57 | Guangzhou Baiying Electronic Technology Co., Ltd. |
| 58 | Guangzhou Banchang Import And Export Co., Ltd. |
| 59 | Guangzhou Comfortbaby Toys Co., Ltd. |
| 60 | Guangzhou Shell Medical Technology Co., Ltd. |
| 61 | Guangzhou TOMAS Crafts Co., Limited |
| 62 | Guangzhou Xingleda Technology Co., Ltd. |
| 63 | Guangzhou Zhongkai Trade Development Co., Ltd. |
| 64 | Hangzhou Yiyuan Honglei Trading Co., Ltd. |
| 66 | Huizhou Quanmu Technology Co., Ltd. |
| 67 | Jieyang Rongcheng District Liangdian Crafts Products Factory |
| 68 | Jinhua Huayue Trading Co., Ltd. |
| 69 | Longsun Technology Co., Ltd. |
| 70 | Ming Yufeng Electronic Commerce (chongqing) Co., Ltd. |
| 71 | Nanjing Jiulu Wine Commerce and Trade Co., Ltd. |
| 72 | Newstone Technology Co., Ltd. |
| 73 | Ningbo Sunrise Plastic Co., Ltd. |
| 74 | Ningbo Union Vision Imp & Exp Co., Ltd. |
| 75 | Quanzhou Chengluan Trading Co., Ltd. |
| 76 | Rastar Group |
| 77 | Riverhobby Tech(Shenzhen) Co., Ltd. |
| 78 | Sam Toys Industrial Co., Ltd. |
| 79 | Shangcheng County Haibaoda Trading Co., Ltd. |
| 80 | Shanghai Bricstar Industry Limited |
| 81 | Shanghai Trens Tech Co., Ltd. |
| 82 | Shantou Bayi Toys Co., Ltd |
| 83 | Shantou Cami Trading Co., Ltd. |
| 84 | Shantou Chenghai AH Toy Firm |
| 85 | Shantou Chenghai Chengfeng Toys Firm |
| 86 | Shantou Chenghai Diteng Toy Factory |
| 87 | Shantou Chenghai Eli Toy Factory |
| 88 | Shantou Chenghai Gangsheng Trade Company Limited |
| 89 | Shantou Chenghai Gangsheng Trade Limited Company |
| 90 | Shantou Chenghai Guangyi Meijin Plastic Toys Factory |

| | |
|---|---|
| 91 | Shantou Chenghai Hua Nuo Intelligent Technology Co., Ltd. |
| 92 | Shantou Chenghai Jboy Toy Factory |
| 93 | Shantou Chenghai Juzicheng Trading Firm |
| 94 | Shantou Chenghai Longxiang Toy Industry Co., Ltd. |
| 95 | Shantou Chenghai Mingsite Trade Co., Ltd. |
| 96 | Shantou Chenghai Sainyee Toys Factory |
| 98 | Shantou Chenghai Shengqi Imp.& Exp. Trading Co., Limited |
| 99 | Shantou Chenghai Sijiali Plastic Factory |
| 100 | Shantou Chenghai Yaxing Plastic And Metal Manufactory |
| 101 | Shantou Chenghai Yifan Toys Firm |
| 102 | Shantou Chenghai Youzhi Toy Factory |
| 103 | Shantou Chenghai Zhengguan Toy Firm |
| 104 | Shantou Chengji Toys & Gifts Co., Ltd. |
| 105 | Shantou Chengzhong E-Commerce Co., Ltd. |
| 106 | Shantou Chuangqi Intelligent Technology Co., Ltd. |
| 107 | Shantou City Chenghai District Lianxia Fuqi Plastic Factory |
| 108 | Shantou City Chenghai District Zhi Sheng Toy Firm |
| 109 | Shantou City Y&X Toys Co., Ltd. |
| 110 | Shantou Diya Trading Co., Ltd. |
| 111 | Shantou Dreamhouse Toys Industrial Co., Ltd. |
| 112 | Shantou DWI Model Toys Co., Ltd. |
| 113 | Shantou Exhobby Model Limited |
| 114 | Shantou Flying Technology Inc. |
| 115 | Shantou Hiso Tech Co., Ltd |
| 116 | Shantou Honghu Plastics Co., Ltd. |
| 117 | Shantou Hongtuo Technology Co., LTD |
| 118 | Shantou Jacko Toys Trading Co., Ltd. |
| 119 | Shantou Jiahua Trading Co., Ltd. |
| 120 | Shantou Jiehong Toys Co., Ltd. |
| 121 | Shantou Julu Technology Co., Ltd. |
| 122 | Shantou Kestuo Technology Co., Ltd. |
| 123 | Shantou Kouyikou Toys Co., Ltd |
| 124 | Shantou KSF Toys Co., Ltd. |
| 125 | Shantou LK Toys Trading Firm |
| 126 | Shantou Maxland Trading Co., Ltd. |
| 127 | Shantou MJ Win Toys Co., Ltd. |
| 128 | Shantou Penyo Culture Technology Co., Ltd. |
| 129 | Shantou Porong Technology Co., Ltd. |
| 131 | Shantou Renlong Electronics Co., Ltd. |
| 132 | Shantou Sanjoyo Trading Co., Ltd. |
| 133 | Shantou Sanle Toys Co., Ltd. |
| 134 | Shantou Wenzhu Bielang Toy Technology Co., Ltd. |
| 135 | Shantou Wintide Intelligent Technology Co., Ltd. |
| 136 | Shantou Xiaobole Plastic Industrial Co., Ltd. |
| 137 | Shantou Xinyingtai Trade Co., Ltd. |

| | |
|---|---|
| 138 | Shantou Yile Technology Co., Ltd. |
| 139 | Shantou Youkeneng Technology Co., Ltd. |
| 140 | Shantou Yuansheng Trading Co., Ltd. |
| 141 | Shenzhen Aidisheng Trading Co., Ltd. |
| 142 | Shenzhen Chentao Toy Limited Company |
| 143 | Shenzhen Chigift Electronic Co., Limited |
| 144 | Shenzhen Dani Industry Co., Ltd. |
| 145 | Shenzhen Debeisite E-Commerce Co., Ltd. |
| 146 | Shenzhen Eacy International Electronic Commerce Co., Ltd. |
| 147 | Shenzhen Flyer Technology Co., Ltd. |
| 148 | Shenzhen Hoshi Electronic Technology Co.,ltd. |
| 149 | Shenzhen Jialun Import And Export Co., Ltd. |
| 150 | Shenzhen Laudtec Electronics Co., Ltd. |
| 151 | Shenzhen Lemon One Technology Co., Ltd. |
| 152 | Shenzhen Levi Hobby Tech Limited |
| 153 | Shenzhen Living Stone Network Technology Co., Ltd. |
| 154 | Shenzhen Micro Lin Trading Co., Limited |
| 155 | Shenzhen Shi Dai Pu Technology Co., Ltd. |
| 156 | Shenzhen Xiecheng Toys Co., Ltd. |
| 157 | Shenzhen Xin Hemei Toys Firm |
| 158 | Shenzhen Xinbolong Technology Co., Ltd. |
| 159 | Shenzhen Xueren Industrial Co., Ltd. |
| 160 | Shenzhen Youngeast Technology Co., Ltd. |
| 161 | Shenzhen Yuyang Technology Co., Ltd. |
| 162 | Shenzhen Zhiguan Technology Co., Ltd. |
| 163 | Sichuan Feitao Electronic Commerce Co., Ltd. |
| 164 | Xiamen Domingo Trading Co., Ltd. |
| 165 | Xinghe Yiming (shenzhen) Electronic Technology Co., Ltd. |
| 166 | Yancheng Lanyi International Trading Co., Ltd. |
| 167 | Yiwu Datouge Toys Co., Ltd. |
| 168 | Yiwu Haoyi Packaging Factory |
| 169 | Yiwu Hecheng Import & Export Co., Ltd. |
| 170 | Yiwu Jieer Import And Export Co., Ltd. |
| 171 | Yiwu Misha Toys Co., Ltd. |
| 172 | Yiwu Wangying Trading Co., Ltd. |
| 173 | Yiwu YaMeng E-Commerce Co., Ltd. |
| 174 | Zhangzhou Fanhang Cross-Border E-Commerce Co., Ltd. |
| 175 | Zhaoqing Junjie Technology Co., Ltd. |
| 176 | Zhongshan Kaishimei Trade Co., Ltd. |
| 177 | Zhuhai Haoyang Trading Co., Ltd. |